**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:16-cv-24720-KMW**

**SUSAN MAKAR,**

**Plaintiff,**

**v.**

**CARNIVAL CORPORATION, a Panama Corporation, d/b/a CARNIVAL CRUISE LINES,**

**Defendant.**

**NOTICE OF FILING AFFIDAVIT OF SERVICE**

The Plaintiff, SUSAN MAKAR, by and through undersigned counsel, files this Notice of

Filing Affidavit of Service.

Respectfully submitted,

DATED December 2, 2016.

Tucker IP
*Attorney for Plaintiff*
110 SE 6TH Street, Suite 1709
Fort Lauderdale, FL 33301
Telephone: 954.204.0444
Fax: 954.358.4946
mtucker@tuckeriplaw.com
www.tuckeriplaw.com

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No.: 90047

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2016, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF and that service was perfected on all interested parties

on the service list below.

By: s/Matthew Sean Tucker

SERVICE LIST

**Carnival Corporation**
In C/o Registered Agent NRAI Services, Inc
1200 S. Pine Island Rd,
Plantation, FL 33324