IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:16-cv-24720-KMV

AT LAW AND IN ADMIRALTY

SUSAN MAKAR,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Panama Corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW, the Plaintiff, SUSAN MAKAR, by and through undersigned counsel and replies to the Defendants Affirmative Defenses as follows:

1. Each and every allegation contained in the Defendant's Affirmative Defenses is hereby denied.

Dated: December 28, 2016

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
**Tucker IP**
110 SE 6${}^{TH}$ Street, Suite 1709
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
mtucker@TuckeripLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

SERVICE LIST

**Michael Magee, Esq.**
CARNIVAL CRUISE LINE
3655 N.W. 87th Avenue
Miami, Florida 33178
mmagee@carnival.com
marodriguez@carnival.com